IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LINDSEY K. SPRINGER, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | No. CIV-13-1326-W |
| | ) | |
| JOHN FOX, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On December 20, 2013, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this matter and recommended that the Court deny the Motion for Temporary Restraining Order filed by petitioner Lindsey K. Springer. Petitioner Springer was advised of his right to object to the Report and Recommendation, see Doc. 8 at 2, but no objections have been filed within the allotted time.

Upon review, the Court concurs with Magistrate Judge Mitchell's disposition of Springer's request for a temporary restraining order.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 8] filed on December 20, 2013;

(2) DENIES Springer's Motion for Temporary Restraining Order [Doc. 4] file-stamped December 17, 2013; and

(3) RE-REFERS this matter to Magistrate Judge Mitchell for further proceedings.

ENTERED this 14th day of February, 2014.

LEE R. WEST
UNITED STATES DISTRICT JUDGE